ELIZABETH F. WADE, Executrix, Defendant in Error, v. THE BANKERS LIFE ASSOCIATION et al., Plaintiffs in Error.

Kansas City Court of Appeals, June 28, 1910.

**APPELLATE PRACTICE: Necessity of Statement.** Making and filing a statement of the cause by the appellant before submission, is a requirement that cannot be dispensed with, even by consent of parties.

Error to Boone Circuit Court.—*Hon. Nick M. Bradley,* Special Judge.

WRIT OF ERROR DISMISSED.

*E. C. Anderson* for plaintiff in error.

*Don C. Carter* and *F. G. Harris* for defendant in error.

ELLISON, J.—This action was brought by plaintiff to recover the amount of a life insurance policy. Defendant insurance company admitted owing the sum, but made it known to the court that there were other claimants, and asking that they be required to interplead. The order was made and thence on the contest was between the plaintiff and these claimants. The judgment in the trial court was for the plaintiff and the other claimants have brought the case to this court.

The case appears to be of considerable complication, yet plaintiffs in error have failed to make a statement as required by our rules and by section 863 of the statutes of 1899. This requirement cannot be dispensed with even by agreement of parties. [Disse v. Frank, 52 Mo. 551; Snyder v. Free, 102 Mo. 325; Mills v. McDaniels, 59 Mo. App. 331.]

The writ of error is dismissed. All concur.